■ In the Matter of DAVID RIVERA, Appellant, v BRION D. TRAVIS, as Chair of the Division of Parole, Respondent. [786 NYS2d 748]—Appeal from a judgment of the Supreme Court (Connor, J.), entered October 23, 2003 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Since the determination giving rise to this CPLR article 78 proceeding was rendered, petitioner has reappeared before the Board of Parole and his request for parole release has again been denied. Given petitioner's subsequent reappearance before the Board in June 2004, the instant matter is now moot and must be dismissed (*see Matter of Rivera v Travis*, 8 AD3d 716 [2004]).

Cardona, P.J., Mercure, Rose, Lahtinen and Kane, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.